UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-49-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DANIEL MCCLELLAND | ORDER TO SEAL |

On motion of the Defendant, James D. McClelland, and for good cause shown, it is hereby ORDERED that the **[DE # 37]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 6th day of December, 2012.

MALCOLM J. HOWARD
Senior United States District Judge